In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHENANGO THEATRE CORPORATION, Respondent, for a Mandamus Order against THE BOARD OF SUPERVISORS OF CHENANGO COUNTY, NEW YORK, and Others, Appellants. CITY OF NORWICH, Respondent, by Intervention.— Order unanimously affirmed, with costs to the petitioner Chenango Theatre Corporation and to the city of Norwich against the appellant. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

LINDA M. GAGNE, as Ancillary Administratrix, etc., of ARTHUR J. GAGNE, Deceased, Respondent, v. BOSTON AND MAINE RAILROAD, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

KATHERINE M. PIERSON, as Administratrix, etc., of JOSEPH W. PIERSON, Deceased, Appellant, v. NEILE F. TOWNER and Another, as Receivers for the United Traction Company, Respondents, and Another.— Order reversed on the law and the facts, with costs, and verdict reinstated as against respondents, with costs to the plaintiff against the respondents. Rhodes, McNamee and Bliss, JJ., concur; Hill, P. J., and Crapser, J., dissent.

GUY FREDELLA, Individually, and ALICE FREDELLA and GUY FREDELLA, as Administrators of JOSEPH J. FREDELLA, Deceased, Respondents, v. THE STATE OF NEW YORK, Appellant.— Judgment of the Court of Claims reversed on the law, with costs, and the claim dismissed, with costs. Rhodes, McNamee and Crapser, JJ., concur; Hill, P. J., and Heffernan, J., vote to reverse the judgment and for a new trial.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. KURTZ & SONS, INC., Appellant, v. JOHN J. MERRILL and Others, Constituting the State Tax Commission of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of D. A. SCHULTE, INC., Petitioner, for an Order of Certiorari against MARK GRAVES and Others, as and Constituting the State Tax Commission of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of PARK & TILFORD, Petitioner, for an Order of Certiorari against MARK GRAVES and Others, as and Constituting the State Tax Commission of the State of New York, Respondents.— Determination unanimously confirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

EDWIN E. RISLEY, Respondent, v. REMINGTON RAND, INC., Appellant.— Order unanimously affirmed with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.